No. 74–5867. Spano v. School District of the Borough of Brentwood. Sup. Ct. Pa. Certiorari denied.

No. 74–5868. Deyermond v. Maryland. Ct. App. Md. Certiorari denied.

No. 74–5871. Blaine v. McGraw Edison Co., Food Equipment Division, et al. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 74–338. Akridge v. Barres et al. Sup. Ct. N. J. Certiorari denied. Mr. Justice Brennan took no part in the consideration or decision of this petition.*

No. 74–404. Solomon v. Enzensperger. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied. Mr. Justice Blackmun and Mr. Justice Powell would grant certiorari.

No. 74–5607. Crenshaw v. Wolff, Warden. C. A. 8th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 74–5629. Granillo v. United States. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 74–5648. Lyon v. United States. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–776. Schlesinger, Secretary of Defense, et al. v. Ballard, 419 U. S. 498. Petition for rehearing denied.

---

*See also second note, supra, p. 957.